# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3688
Lower Tribunal No. 2010CF-007443-A000-XX

_____

SANTOS HERNANDEZ, JR.,

Appellant,

v.

STATE OF FLORIDA

Appellee.

_____

Appeal pursuant to Fla. R. App. 9.141(b)(2) from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

August 20, 2024

PER CURIAM.

AFFIRMED.

STARGEL, SMITH and MIZE, JJ., concur.


Santos Hernandez, Jr., Crawfordville, pro se.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED